**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Big 10 Tires, Inc.
    3938-A Government Boulevard
    Suite 102
    Mobile, AL 36693

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   8/05/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV 704-M
   S+C         20

   Certified
   ☐ Mail    ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7000 1670 0013 7664 9762

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540