**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

September 21, 2005

# NOTICE OF REASSIGNMENT

Re:   Xavier Johnson v. Big 10 Tires, Inc.
      Civil Action No.2:05cv704-M


The above-styled case has been reassigned to District Judge Mark E. Fuller

Please note that the case number is now 2:05cv704-F.   This new case number should be used on all future correspondence and pleadings in this action.


                                                  Sincerely,



                                                  Sheryl K. Lent
                                                  Deputy Clerk