IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **XAVIER JOHNSON,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **CASE NO.: CV-05-2:05CV704-M** |
| | * | |
| **BIG 10 TIRES, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

## CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BIG 10

Pursuant to local rule, Defendant Big 10 states that it has no "parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issues shares to the public."

/s/ William C. Tidwell
WILLIAM C. TIDWELL, III
Attorney for Defendant
Big 10 Tires, Inc.

OF COUNSEL:
HAND ARENDALL, L.L.C.
3000 AmSouth Bank Building
107 St. Francis Street (36602)
Post Office Box 123
Mobile, Alabama 36601
Telephone:    (251) 432-5511
Facsimile:    (251) 634-6375
Email: btidwell@handarendall.com

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that on this __21st__ day of September, 2005, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

COUNSEL OF RECORD:

Brian M. White, Esq.
WHITE & OAKES, P.C.
Post Office Box 2538
Decatur, Alabama 35602

              /s/ William C. Tidwell