**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 26, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Johnson v. Big 10 Tires, Inc.

Case No.:   2:05cv704-WKW
   Document 16   Brief in Support (Attachment 1)

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf (Attachment 1 to the Brief in Support) into the record.  This document was originally filed "sideways".  The document has been corrected and a corrected pdf is attached to the Notice.