IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| XAVIER JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-704-WKW |
| | ) |
| BIG 10 TIRES, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. # )15 filed on June 23, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 26, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before July 19, 2006.  The defendant may file a reply brief on or before July 26, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 28th day of June, 2006.

                         /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE