IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| XAVIER JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-704-WKW |
| | ) |
| BIG 10 TIRES, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. # 19), it is ORDERED that the motion is GRANTED. Plaintiff shall file a response on or before September 7, 2006. The defendant may file a reply brief on or before September 21, 2006. Consequently, the trial date is continued from November 6, 2006, to March 26, 2007; the pretrial conference is continued from September 21, 2006, to February 23, 2007; and the deadlines established in Section 9, Section 10, and Section 11 of the Uniform Scheduling Order (Doc. # 13) are continued from September 27, 2006, to February 12, 2007.

DONE this the 19th day of July, 2006.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE