IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| XAVIER JOHNSON, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 2:05cv704-WKW |
| BIG 10 TIRES, Inc. | * | |
| Defendant. | * | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff Xavier Johnson, through his undersigned counsel, and Defendant Big 10 Tire Stores, Inc. a/k/a Big 10 Tires, Inc., through its undersigned counsel, who constitute all the parties to this litigation, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and stipulate for dismissal of this action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 22nd day of September 2006.

_____
Attorney for Plaintiff
Maricia D. Woodham
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
(334) 271-2770

_____
Attorney for Defendant
William C Tidwell III
Hand Arendall, L.L.C.
Box 123
Mobile, Alabama 36601
(251) 432-5511