IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| XAVIER JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-704-WKW |
| | ) |
| BIG 10 TIRES, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The parties filed a joint Stipulation for Dismissal With Prejudice (Doc. # 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice. The pending motion (Doc. # 15) is DENIED as MOOT.

An appropriate judgment will be entered.

DONE this the 26th day of September, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE