**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

September 26, 2006

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   Xavier Johnson v. Big 10 Tires, Inc.

Case No.:   2:05cv704-WKW
             Document 23   Order

This Notice of Correction was filed in the referenced case this date to attach the correct pdf to Document #23.